Entered on Docket
April 26, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 26, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                          Case No. 07-43548 EDJ
                                               Chapter 13
ANGELA ELEANOR SANDERS,

                    Debtor./

MEMORANDUM AND ORDER DENYING MOTION FOR RELIEF FROM STAY

A final hearing was held April 14, 2010, on motion of Everett E. Sanders (the "movant") for relief from the automatic stay. Howard Kane appeared for the movant. Angela Sanders, the above-named debtor, (the "debtor") appeared on her own behalf.

The Court set forth the issues to be determined at the final hearing in its scheduling order of February 10, 2010. *See* doc. #87, paragraph 2. Movant provided little documentary evidence in support of his motion with respect to the issues raised by the court. In addition, movant was not present at the final hearing, and did not

Order Denying Motion For Relief From Stay

testify. The debtor, however, did provide documentary evidence and testimony in response to the court's stated issues.[1]

The Court, having reviewed the moving papers, and the documents and testimony submitted at the final hearing, and for the reasons stated on the record at the April 14, 2010 final hearing, hereby

ORDERS that movant's motion for relief from stay is DENIED.

**END OF ORDER**

---

[1] *See* Bankruptcy Code § 362(g), which provides that the party opposing relief from stay has the burden of proof on all issues other than the debtor's equity in property.

Order Denying Motion For Relief From Stay 2

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Angela Eleanor Sanders |
| 4 | 601 Napa Ave.<br>Rodeo, CA 94572 |
| 5 | Howard E. Kane |
| 6 | Law Office of Howard E. Kane<br>1472 MacArthur Blvd.<br>Oakland, CA 94602 |

Order Denying Motion For Relief From Stay 2