Entered on Docket
June 28, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 25, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ANGELA ELEANOR SANDERS,

Debtor./

Case No. 07-43548 EDJ
Chapter 13

R.S. No. JBA-467

MEMORANDUM

Angela E. Sanders, the above debtor ("Sanders"), has requested this court to reconsider its ruling, made following a final hearing held June 15, 2010, granting the motion of Wells Fargo Bank, N.A. ("Movant") to vacate the automatic stay under Bankruptcy Code § 362(a).

Sanders failed to appear at the final hearing. Her motion for reconsideration does not explain why.

The evidence Movant presented at the final hearing showed that: (a) the Movant is the holder of the promissory note at issue, and (b) Sanders has not been making the payments she is required to make as a chapter 13 debtor. Sanders has not presented any proposal to

Memorandum

the court for catching up on the deliquent payments.  It follows that Movant is entitled to the relief requested for cause.  *See* Bankruptcy Code § 362(d)(1), <u>In re Ellis</u>, 60 B.R. 432 (9th Cir. BAP 1985).

    Accordingly, the court will issue its order denying Sanders's motion for reconsideration.

**END OF ORDER**

Memorandum 2

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Angela Eleanor Sanders |
| | 601 Napa Ave. |
| 4 | Rodeo, CA 94572 |
| 5 | Casper J. Rankin |
| | Pite Duncan, LLP |
| 6 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 7 | San Diego, CA 92177-0933 |

Memorandum 3